

**NUMBER 13-15-00309-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ROBERT GROSS,**                                             **APPELLANT,**

**v.**

**JEANINE DANNATT,**                                        **APPELLEE.**

---

**On appeal from the 391st District Court
of Tom Green County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

Appellant, Robert Gross, has filed an affidavit of inability to pay fees. Accordingly, we issue this notice and order, accompanied by the "Affidavit of Robert Gross," to the trial court and the court reporter, and all parties. *See* TEX. R. APP. P. 20.1. The deadline for filing a contest to appellant's request to proceed as an indigent party, if any, is on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed the
20th day of August, 2015.